UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

SUSAN TAYLOR, individually and on behalf
of all others similarly situated,

       Plaintiff,

v.

HV CARS, LLC D/B/A HUDSON VALLEY
CHRYSLER DODGE JEEP RAM,

       Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 7329 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/21

  On December 18, 2020, defendant moved to dismiss the amended class action complaint. (Doc. #18). On the same day, defendant filed a motion to stay this proceeding pending the U.S. Supreme Court's decision in Facebook, Inc. v. Duguid, No. 19-511. (Doc. #19).

  By Text Order dated December 21, 2020, the Court stayed plaintiff's deadline to respond to the motion to dismiss pending the disposition of defendant's motion to stay. (Doc. #20).

  On April 1, 2021, the Supreme Court issued its decision in Facebook, Inc. v. Duguid, __ S. Ct. __, 2021 WL 1215717 (S. Ct. Apr. 1, 2021), which resolved a circuit split regarding what type of equipment qualifies as an automatic telephone dialing system ("ATDS").

  Accordingly, it is HEREBY ORDERED:

  1. Defendant's motion to dismiss is DENIED WITHOUT PREJUDICE to refiling in light of the Supreme Court's decision.

  2. By **April 22, 2021**, defendant shall answer, move, or otherwise respond to the amended complaint.

  3. Defendant's motion to stay is DENIED as moot. (Doc. #19).

  4. The Clerk shall terminate defendant's motion to dismiss (Doc. #18) and motion to stay (Doc. #19).

Dated: April 1, 2021
   White Plains, NY

          SO ORDERED:

          _____
          Vincent L. Briccetti
          United States District Judge